# *IN THE UNITED STATES DISTRICT COURT*
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                     NO. 4:04CR00174-001 SWW

JASON RAMIREZ

**ORDER**

     Before the Court is the government's motion for revocation of the conditions of supervised release previously granted the above defendant in this matter. The Clerk is directed to issue summons on the above-named defendant.

     A hearing is **SCHEDULED** to begin on *TUESDAY, AUGUST 15, 2006, at 1:00 p.m.*, Courtroom #530, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously granted this defendant should not be revoked.

     The Clerk shall send a copy of this Order to the Federal Public Defender's Office (JEROME KEARNEY), the appointed counsel for this defendant.

     IT IS SO ORDERED this 31st day of May, 2006.

                                                           /s/Susan Webber Wright
                                                           UNITED STATES DISTRICT COURT