## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO. 4:04CR00174-001 SWW

JASON RAMIREZ

### ORDER

The above entitled cause came on for hearing on petitions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Missouri.  Upon the basis of admissions by defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motions are granted,[1] and the supervised release previously granted this defendant in the above matter be, and it is hereby, revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of EIGHTEEN (18) MONTHS in the custody of the Bureau of Prisons.  The Court recommends that defendant be incarcerated in the facility located at Forrest City, Arkansas, and that he participate in residential or non-residential substance abuse treatment during incarceration.

There will be no term of supervised release following defendant's term of imprisonment.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 31st day of January, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1]Docs. #16 and #19.